UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOISES DA CRUZ, <br><br>    Petitioner, <br><br>    v. <br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Boston Field Office Director, U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; <br><br>    Respondents. | Civil Action No. 25-cv-13067-MJJ |

## MEMORANDUM OF DECISION AND ORDER

October 23, 2025

JOUN, D.J.

  Moises Da Cruz ("Mr. Da Cruz" or "Petitioner") is a citizen of Brazil. [Doc. No. 1 at ¶ 1]. Mr. Da Cruz entered the United States without inspection on or about June 6, 2021. [*Id*. at ¶ 2]. On or about August 20, 2025, he was detained while coming home from work. [*Id*.]. He is currently in custody at the Plymouth County Correctional Facility. [*Id*. at ¶ 10]. Mr. Da Cruz petitions the Court under 28 U.S.C. § 2241 and the Due Process Clause of the Fifth Amendment for relief from detention.

  In their Response to Habeas Petition, Respondents acknowledge that the Court's decision in in *Hilario Rodriguez v. Moniz*, 25-cv-12358 controls this case. [Doc. No. 7 at 1]. I incorporate by reference the reasoning in my September 18, 2025 Order granting bond in the *Hilario*

1

*Rodriguez* case, [25-cv-12358 Doc. No. 22], and find that Mr. Da Cruz is subject to Section 1226(a)'s discretionary detention framework and is thus eligible for bond.

The Petition for Writ of Habeas is <u>GRANTED</u>. Respondents are <u>ORDERED</u> to provide Mr. Da Cruz with a bond hearing under 8 U.S.C. § 1226(a) within 10 days of this Order. The Respondents are <u>ENJOINED</u> from denying bond to Mr. Da Cruz on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2). The Respondents are further <u>ORDERED</u> to file a status report within 24 hours of the bond hearing, stating whether Mr. Da Cruz has been granted bond, and, if his request for bond was denied, the reasons for that denial.

SO ORDERED.

/s/ Myong J. Joun
United States District Judge